## BRT UTILITY CORPORATION *v.* CATHIE P. ALLEN ET AL.
### (14980)

Lavery, Heiman and Schaller, Js.

Submitted on briefs June 10—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## HARRIETTE E. FEUERMAN *v.* SIGMUND FEUERMAN
### (14748)

Foti, Heiman and Schaller, Js.

Submitted on briefs June 7—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

## ANNE MARIE GEISSLER *v.* ROBERT J. GEISSLER
### (14210)

Foti, Heiman and Schaller, Js.

Submitted on briefs June 7—officially released July 9, 1996

Per Curiam. The judgment is affirmed.